UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: LOGISTICS INFORMATION SYSTEMS, INC., Debtor | Chapter 7 Case No. 03-10886-JBR |
|---|---|
| JOSEPH BRAUNSTEIN, CHAPTER 7 TRUSTEE OF LOGISTICS INFORMATION SYSTEMS, INC., Plaintiff v. WILLIAM E. SPERBECK, SUSAN L. SPERBECK and ARCLOGIX, INC., Defendants | Adversary Proceeding Case Number: 04-1188-JBR |

**ORDER ON PLAINTIFF'S MOTION FOR AN ORDER
AUTHORIZING THE NORFOLK COUNTY DEPUTY SHERIFF
TO LEVY AND SELL CERTAIN PROPERTY OF THE DEFENDANT
PURSUANT TO THE COURT'S JUDGMENT AND EXECUTION**

After hearing on "Plaintiff's Motion For An Order Authorizing The Norfolk County Deputy Sheriff To Levy And Sell Certain Property Of The Defendant Pursuant To The Court's Judgment And Execution" (Docket No. 181), for which notice was properly given, and after consideration of materials submitted to the Court and the arguments of counsel, it is hereby ORDERED and ADJUDGED that the Norfolk County Deputy Sheriff is authorized and appointed by this Court to levy upon real estate owned by the Defendant and Judgment Debtor William E. Sperbeck, located at 20 Saunders Terrace, Wellesley, Norfolk County, Massachusetts, and to sell such real property pursuant to the applicable provisions of Massachusetts General Laws Chapters 235 and 236, in accordance with the Execution issued by this Court on May 12, 2009.

SO ORDERED THIS 24th DAY OF SEPTEMBER 2009.

Joel B. Rosenthal,
United States Bankruptcy Judge

1174285.1